NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3285

JOSEPH P. CARSON,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated cases AT1221960948-C-7, AT1221980250-C-7, and ATT1221980623-C-7.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Joseph P. Carson moves for reconsideration of the court's order granting the Department of Energy's motion to file a corrected brief and denying Carson's motion to strike portions of the Department's revised brief. Carson also moves for an extension of time to file his reply brief and for leave to file a 20-page reply brief. The Department of Energy opposes the motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Carson's motion for reconsideration is denied.

(2)     Carson's motion for an extension of time is granted.  Carson's reply brief is due within 14 days of the filing of this order.

(3)     Carson's motion for leave to file a 20-page reply brief is denied.

FOR THE COURT

JUN 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Joseph P. Carson
        Roger A. Hipp, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 11 2009

JAN HORBALY
CLERK